UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV-14-2006-R                                           Date: NOVEMBER 24, 2014

Title:     ROBERT SHERFEY - V.- LOWE'S HIW, INC., et al.
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   Christine Chung                                                   None Present
   Courtroom Deputy                                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                              None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) TAKING MOTION UNDER
               SUBMISSION ON THE PAPERS WITHOUT NEED OF ORAL ARGUMENT


      **The Court has determined that Plaintiff's Motion to Remand Case to Riverside Court [15] set for hearing on December 1, 2014 at 10:00 A.M., is suitable for a decision on the papers as filed by all parties, without the need for oral argument; therefore, the said Motion is taken UNDER SUBMISSION on the papers as filed, and the hearing date of December 1, 2014 is VACATED and TAKEN OFF CALENDAR.**

**The Court will issue its ruling on the matter in due course.**

**IT IS SO ORDERED.**


MINUTES FORM 11                                            Initials of Deputy Clerk ___CCH____
CIVIL -- GEN